IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA  )
                              )
      Plaintiff,  )
                              )
vs.  ) No. 06-30137-DRH
                              )
BRENDA LEA RUSSELL  )
                              )
      Defendant.  )

**ORDER**

      This matter is before the Court on Defendant's Motion to Continue Sentencing.  The Court being duly advised in the premises **GRANTS** the Motion.  The matter is continued from February 9, 2007 to March 9, 2007 at 1:30 p.m.

                        SO ORDERED:

                        /s/        David   RHerndon

                        United States District Judge

Date: December 28, 2006