IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 06-30137-DRH |
| | ) |
| BRENDA LEA RUSSELL | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

This matter is before the Court on Defendant's Motion to Continue Sentencing. The Court being duly advised in the premises grants the Motion. The matter is continued from March 9, 2007 until the 19th day of April, 2007 at 10:30 a.m.

SO ORDERED:

/s/      David   RHerndon
United States District Judge

Date: March 5, 2007.