IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 06-30137-DRH |
| | ) |
| BRENDA LEA RUSSELL | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This matter is before the Court on Defendant's Motion to Continue Sentencing Hearing (Doc. 17). The Court being duly advised in the premises grants the motion. The matter is continued from April 19, 2007 to August 15, 2007 at 9:30 a.m.

SO ORDERED:

/s/       David   RHerndon
United States District Judge

Date: April 23, 2007